IN THE UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

WASHINGTON LAMONT JONES,
WILLIAM WARE, MICHAEL WARD,
LAMAR COLE, PATRICK SPEARMAN,
KIP RUCKER, WILL GREEN, JEROME KIDD,
AND CHARLES ROGERS                                              PLAINTIFFS

v.                              4:06CV00944-WRW

FORREST CITY GROCERY INC.;
DAVID COHN and ALAN COHN,
individually and as agents of FORREST CITY
GROCERY INC.                                                    DEFENDANTS

**ORDER**

Pending are two Motions for Reconsideration, a Motion to Bifurcate, and a Motion for Extension of Time.[1] Defendants did not respond to the Motion for Extension, but responded to Plaintiffs' other motions;[2] and filed three Motions for Sanctions,[3] a Motion to Strike a Rule 26 Planning Report; and a Motion for a Protective Order.[4] Plaintiffs responded to the first Motion for Sanctions,[5] and did not respond to the other motions.

---

[1] Doc. Nos. 75, 103, 120.

[2] Doc. Nos.79, 105, 122.

[3] Doc. Nos. 77, 108, 110.

[4] Doc. Nos. 84, 119.

[5] Doc. No. 80.

1

**I.  Background**

This is a race discrimination case brought under 42 U.S.C. § 1981.  Plaintiffs allege that Defendants engaged in a pattern and practice of race discrimination with respect to hiring, firing, promotions, work privileges, raises, discipline, and work assignments; and allege a racially hostile work-environment.   A jury trial is scheduled for July 8, 2008, the discovery cut-off date is April 28, 2008, and dispositive motions are due May 8, 2008.[6]

**III.  Findings**

After reviewing the motions, responses, and supporting briefs, I find:

1. Plaintiffs' requests for reconsideration of orders denying their fifth motion to amend and their motion for class certification (Doc. Nos. 75,120) are DENIED.

2.  Defendants' request for sanctions (Doc. No. 77, 108, 110) are DENIED without prejudice.

3.  Defendants' request to strike Plaintiffs' Rule 26(f) report (Doc. No. 84) is DENIED.

4.  Plaintiffs' request for bifurcation (Doc. No. 103) is GRANTED.  However, Defendants are not required to make financial disclosure until compensatory damages are awarded by the jury.  Defendants are expected to be prepared to make this disclosure by making the appropriate witnesses and documents available on the trial date.

5.  Plaintiffs' request for an extension to complete discovery (Doc. No. 118) is DENIED.

6.  Defendants' request for a second agreed protective order (Doc. No. 119) is GRANTED.

---

[6]Doc. No. 20.

All further motions related to discovery disputes will be referred to Magistrate Judge Beth Deere for resolution. A discovery status hearing will be held by Judge Deere in February, 2008. The parties will receive notices from Judge Deere's office.

IT IS SO ORDERED this 6th day of December, 2007.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

.