IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**WASHINGTON LAMONT JONES, et al.**                                                   **PLAINTIFFS**

v.                              CASE NO.: 4:06CV00944 WRW

**FORREST CITY GROCERY INC., et al.**                                              **DEFENDANTS**

### PROTECTIVE ORDER

Per the Court's March 19, 2008 Order, Defendants are required to produce daily production sheets for the following departments and periods:

| | |
|---|---|
| Pack Room | August 13, 2005 through July 7, 2006 |
| Warehouse Department | October 7, 2006 through July 7, 2007 |

Defendants are not required to produce employee daily production sheets for departments and periods not listed above.

IT IS SO ORDERED this 19th day of March, 2008.

_____
UNITED STATES MAGISTRATE JUDGE