**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**WASHINGTON LAMONT JONES, et al.**                                               **PLAINTIFF**

**VS.**                              **4:06-CV-00944-WRW**

**FORREST CITY GROCERY, et al.**                                                  **DEFENDANTS**

**ORDER**

Pending is Evanston Insurance Company's Motion to Intervene For Limited Purposes Under FRCP 24(b)(2) (Doc. No. 141). Plaintiff has responded.[1]

For good cause shown, Evanston Insurance Company's Motion to Intervene For Limited Purposes Under FRCP 24(b)(2) (Doc. No. 141) is GRANTED.

IT IS SO ORDERED this 2nd day of April, 2008.

/s/ Wm. R. Wilson, Jr._____
UNITED STATES DISTRICT JUDGE

---

[1] Doc. Nos. 160, 161.