UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

| | | |
|---|---|---|
| WASHINGTON LAMONT JONES, WILLIAM WARE, MICHAEL WARD, LAMAR COLE, PATRICK SPEARMAN, KIP RUCKER, WILL GREEN, JEROME KIDD, CHARLES ROGERS, ERIC GEORGE, BRANDON BARRETT, ERIC BRANDON, LESTER BROOKS, CARA LATTIMORE, GREGORY MOORE, ISOUMA SHINE, LEE DILLARD, JASON BOYD, VANESSA ISOM, ROBERT GLASPER, JIMMIE KIDD, ERIC FOSTER, TOMMY HOWARD, PATRICK STEVERSON AND CLYDE GIVANS, | * | CIVIL ACTION  NO. 4-06-CV-00944BSM |
| Plaintiffs, | * | |
| versus | * | JUDGE MILLER  MAG. DEERE |
| FORREST CITY GROCERY INC. AND DAVID COHN & ALAN COHN, INDIVIDUALLY AN AS AGENTS ON BEHALF OF FORREST CITY GROCERY INC. | * | |
| Defendants. | * | |

## **ORDER**

Considering the results of the settlement conference held on June 30, 2008;

IT IS HEREBY ORDERED that the claims of Patrick Spearman, Kip Rucker, Eric Foster, Patrick Steverson, Vanessa Isom, and Lee Dillard are dismissed with prejudice. Each party is to bear its own costs and attorney's fees as to the above six named

Plaintiffs only. In view of the Court's previous orders dismissing the claims of the other 19 Plaintiffs, this constitutes a final Order as to all Plaintiffs and all pending motions [Doc. # 272], [Doc. #274], [Doc. # 276], [Doc. # 289], [Doc. #313], [Doc. # 324], and [Doc. 345] are denied as moot.

    IT IS SO ORDERED this 2nd day of July, 2008.

                                            */s/ Brian S. Miller*
                                       UNITED STATES DISTRICT JUDGE