IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

WASHINGTON LAMONT JONES, et al.                                   PLAINTIFFS

v.                          CASE NO.: 4:06cv00944 BSM

FORREST CITY GROCERY INC., et al.                                 DEFENDANTS

## JUDGMENT

Pursuant to the court's prior orders of summary judgment and the results of the June 30, 2008 settlement conference, the case is hereby dismissed with prejudice.

IT IS SO ORDERED this 3rd day of July, 2008.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE