IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

WASHINGTON LAMONT JONES, et al.                                    PLAINTIFFS

v.                           CASE NO.: 4:06cv00944 BSM

FORREST CITY GROCERY INC., et al.                                  DEFENDANTS

## ORDER

Pending before this court is Plaintiffs' motion requesting that the court reconsider its June 23, 2008 order granting the defendants' motion for summary judgment on the claims of Lamar Cole and Will Green. After careful consideration, the motion [Doc. # 369] is denied.

IT IS SO ORDERED this 11th day of July, 2008.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE