IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

WASHINGTON LAMONT JONES, et al.                                              PLAINTIFFS

v.                              CASE NO.: 4:06cv00944 BSM

FORREST CITY GROCERY INC., et al.                                            DEFENDANTS

## ORDER

Before the court are the separate costs bills which detail the costs that were incurred by defendants in the defense of the claims of Brandon Barrett [Doc. # 350], Eric Brandon [Doc. # 351], Jason Boyd [Doc. #352], Lester Brooks [Doc. # 353], Lamar Cole [Doc. # 354], Eric George [Doc. # 355], Clyde Givans [Doc. # 356], Robert Glasper [Doc. # 357], Will Green [Doc. # 358], Tommy Howard [Doc. # 359], Washington Jones [Doc. # 360], Jerome Kidd [Doc. # 361], Jimmie Kidd [Doc. # 362], Cara Lattimore [Doc. # 363], Gregory Moore [Doc. # 364], Charles Rogers [Doc. # 365], Isouma Shine [Doc. # 366], Michael Ward [Doc. # 367], and William Ware [Doc. # 368]. The court finds that defendants' claims for the reimbursement of expenses is denied as all plaintiffs, except Jimmie Kidd [Doc. # 362] and Cara Lattimore [Doc. # 363].

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that defendants shall recover their costs from Jimmie Kidd in the amount of $1,182..81 and Cara Lattimore in the amount of $928.56, for all of which, let execution issue.

IT IS SO ORDERED this 24th day of July, 2008.

                                                       UNITED STATES DISTRICT JUDGE